# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>THE NG FAMILY TRUST | Case No. 2:21-CV-01754-MCE-CKD<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: April 20, 2021<br>Trial Date: None Set<br>District Judge: Hon. Morrison C. England, Jr. |
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>        Respondent and Counter/Cross-Claimant-in-Interpleader,<br><br>  vs.<br><br>LISA M. NG, as trustee for the Mary Ng Irrevocable Trust Dated 4/7/78; RICHARD BRADLEY NG, as trustee for the Ng Family Trust; and THE ESTATE OF MARY A. NG,<br><br>        Counter/Cross-Defendants-in-Interpleader. | |

21cv1754.so.0525

1 PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the above-referenced action is DISMISSED with prejudice as to all parties and as to all claims for relief.  The parties shall bear their own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  May 31, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE